# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

In re: THOMAS ANTHONY SUROVIAK                                   Case No.: 12-23284 KL

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

PAUL CHAEL, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/30/2012.
2) The plan was confirmed on 02/01/2013.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/16/2014.
5) The case was completed on 08/07/2015.
6) Number of months from filing or conversion to last payment: 36.
7) Number of months case was pending: 39.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: NA.
10) Amount of unsecured claims discharged without full payment: 47,823.60.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $49,388.00 |
| Less amount refunded to debtor: | $499.50 |
| **NET RECEIPTS:** | $48,888.50 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $3,200.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $1,319.75 |
| Other: | $112.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $4,631.75 |
| Attorney fees paid and disclosed by debtor: | $200.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN SAVINGS, FSB | Secured | NA | 68,884.29 | 22,050.00 | 22,050.00 | .00 |
| AMERICAN SAVINGS, FSB | Secured | NA | 13,477.27 | 13,477.27 | 13,477.27 | .00 |
| BMO HARRIS BANK | Secured | 7,649.78 | 7,629.91 | 7,629.91 | 7,629.91 | 402.80 |
| CENLAR | Secured | 58,779.49 | 54,921.09 | 54,921.09 | .00 | .00 |
| CISCO INC | Unsecured | NA | NA | NA | .00 | .00 |
| CISCO INC | Unsecured | 582.06 | NA | NA | .00 | .00 |
| CITY OF HAMMOND | Unsecured | 1,084.00 | NA | NA | .00 | .00 |
| CITY OF HAMMOND | Unsecured | 322.00 | NA | NA | .00 | .00 |
| DEX ONE | Unsecured | 173.71 | NA | NA | .00 | .00 |
| FRANCISCAN ALLIANCE | Unsecured | 66.84 | NA | NA | .00 | .00 |
| GREENTREE ENVIRONMENTAL | Unsecured | 770.00 | NA | NA | .00 | .00 |
| IND DEPT OF REV | Priority | NA | .00 | .00 | .00 | .00 |
| IND DEPT OF REV | Secured | 44.75 | 4,914.87 | 44.75 | 44.75 | .22 |
| IND DEPT OF REV | Unsecured | NA | .00 | .00 | .00 | .00 |
| INDIANA DEPT OF REVENUE | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

In re:  THOMAS ANTHONY SUROVIAK                                 Case No.:  12-23284 KL

      Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| INDIANA DEPT OF REVENUE | Unsecured | NA | NA | NA | .00 | .00 |
| INDIANA EMPLOYMENT | Unsecured | NA | NA | NA | .00 | .00 |
| INDIANA GROSS INC DIV | Unsecured | NA | NA | NA | .00 | .00 |
| LAKE COUNTY TREASURER | Unsecured | NA | NA | NA | .00 | .00 |
| NIPSCO | Unsecured | 651.81 | 651.80 | 651.80 | 651.80 | .00 |
| PREMIERE CREDIT | Unsecured | 3,799.36 | NA | NA | .00 | .00 |
| STATE FARM BANK | Secured | 47,452.60 | 59,678.48 | 59,678.48 | .00 | .00 |
| TRANSTECH MERCHANT GROUP | Unsecured | 100.70 | NA | NA | .00 | .00 |
| TREASURER OF LAKE COUNTY | Unsecured | NA | NA | NA | .00 | .00 |
| U KENT LINDQUIST | Unsecured | NA | NA | NA | .00 | .00 |
| US BANK | Unsecured | 40,298.90 | NA | NA | .00 | .00 |
| WESTERN HORIZON RESORTS | Unsecured | 626.03 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 136,649.57 | 22,050.00 | .00 |
| Mortgage Arrearage: | 13,477.27 | 13,477.27 | .00 |
| Debt Secured by Vehicle: | 7,629.91 | 7,629.91 | 402.80 |
| All Other Secured: | 44.75 | 44.75 | .22 |
| **TOTAL SECURED:** | 157,801.50 | 43,201.93 | 403.02 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 651.80 | 651.80 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $4,631.75 |
| Disbursements to Creditors: | $44,256.75 |
| **TOTAL DISBURSEMENTS:** | $48,888.50 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  11/01/2015                               By:  /s/PAUL CHAEL
                                                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

1234-3B-EPIE3BCT-00180036-349224

IN RE:  CASE NO:

THOMAS ANTHONY SUROVIAK  12-23284 KL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Final Report and Account was sent electronically or by ordinary United States mail, postage prepaid, on the date noted below, to the debtor, attorney for the debtor, and the United States Trustee.

Date: November 23, 2015      /s/PAUL CHAEL
                              PAUL CHAEL